

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2018

No. 04-18-00739-CV

**IN THE INTEREST OF T.S.C., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00266
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file an appellant's brief is GRANTED. Appellant's brief is due on December 16, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court